MUNICIPAL METALLIC BED MANUFACTURING CORPORATION, Respondent, v. DAVID DOBBS and Others, Defendants, and SARAH LITTMAN, Appellant.— Order denying motion to dismiss complaint reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with the privilege, however, to the plaintiff to plead over within ten days from entry of the order herein, conforming his pleading to the provisions of section 241 of the Civil Practice Act. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

SAMUEL POLLIN, Appellant, v. FRANK S. CICIO, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

LILLIAN POSNER, Respondent, v. VINCENZINA RUSSO and BEATRICE RUSSO, Appellants.— Order denying defendants' motion to dismiss complaint affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of a copy of the order herein. The complaint states facts sufficient to warrant a trial to determine whether defendants' acts with reference to the right of way estopped them from denying the plaintiff's right thereto. Lazansky, P. J., Young and Tompkins, JJ., concur; Hagarty, J., with whom Carswell, J., concurs, dissents and votes for reversal and a dismissal of the complaint, with the following memorandum: The complaint does not state facts sufficient to constitute a cause of action. Plaintiff, in the use of that part of the driveway which was built upon defendants' property, was a mere licensee. She does not claim to have acquired an easement in defendants' real property by grant or prescription, which are the only ways an easement can be created. (*Nellis* v. *Munson*, 108 N. Y. 453; *G. L. & P. J. R. R. Co.* v. *N. Y. & G. L. R. R. Co.*, 134 id. 435.) *City of N. Y.* v. *N. Y. & S. B. Ferry & S. T. Co.* (231 N. Y. 18), relied upon by the learned Special Term, is not in conflict with these rules of law. Since plaintiff had a right to build upon her own property, the defendants were under no obligation to protest.

WINSLOW A. POWER, Respondent, v. ELENA L. POWER, Appellant.— Interlocutory judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT H. BUSKEY, Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, reversed upon the law and the facts, and a new trial ordered, upon the ground that defendant was entitled to a reasonable opportunity to bring his witnesses in support of his defense, and the refusal to grant the request was improper in the circumstances. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur.